# EXHIBIT A

iMessage
Today 2:12 PM

You're name will now be added into our lawsuit for Nala

Since u want to cover for your POS daughter

Our DEAD dog needs t be returned to us so she can be buried properly

Prepare to come to FL bc ur entire family will now be supoenaed

The sender is not in your contact list.

Report Junk



SR

Samantha ›

Kathleen just found the text from Tanisha saying she was going to burn her house down.



Verizon 3G    1:46 AM    ⬈ 17% 🔋

+1 (321) 695-3135 ›

U really don't want these problems I'm about to being to your household bc i will burn ur fking house down

U won't have a trailer anymore

Yesterday 10:18 PM

U want me to keep contacting all ur family members in Alabama? Or u gonna return my dog to me? Otherwise Washington county animals and DCF will be called tomorrow

📷  🅐  ( iMessage  〰️ )

📷  🅐  ( iMessage  〰️ )

⬅

≣+          ⤓          🚫          🛒
Add to      Move to    Delete from   Order phot
album       Archive    device

Wed, Aug 11, 2021 · 1:46 AM

Add description...

DETAILS

IMG_2262.PNG

📷  🅐  iMessage  〰️


.ıl Verizon 3G    1:46 AM    ⚡ 17% 🔋



U really don't want these problems I'm about to being to your household bc i will burn ur fking house down

U won't have a trailer anymore

Yesterday 10:18 PM

U want me to keep contacting all ur family members in Alabama? Or u gonna return my dog to me? Otherwise Washington county animals and DCF will be called tomorrow



Begin forwarded message:

**From:** Kathleen Brown
<katryanbrown@gmail.com>
**Date:** September 19, 2021 at 22:08:11 CDT
**To:** NoLynchMobForMaulers@gmail.com
**Subject:** Fwd: Dog killer!!!! Rot in hell!!!!!!

---------- Forwarded message ---------
From: **Nymzie**
<seductivelilnymph@gmail.com>
Date: Sun, Aug 29, 2021 at 8:47 AM
Subject: Dog killer!!!! Rot in hell!!!!!!
To: <katryanbrown@gmail.com>

People like you and Chris are worthless! I hope
God judges you harshly and you suffer getting
shot and dismembered in hell. You ugly cunt!
Fucking coward you all turn yourselves in. I will
put this shit out there so everyone will be able
to find you!

--
**Kathleen Malone**



3783 Skipper Rd, Vernon, FL 32462

Skipper Rd

**Daphne French Rivenbark**
9 HOURS AGO

Begin forwarded message:

**From:** Kathleen Brown
<katryanbrown@gmail.com>
**Date:** September 19, 2021 at 22:06:55 CDT
**To:** NoLynchMobForMaulers@gmail.com
**Subject:** Fwd: ROT IN HELL

---------- Forwarded message ---------
From: **Gabriella Caratachea**
<gab.caratachea@icloud.com>
Date: Sun, Aug 29, 2021 at 10:42 AM
Subject: ROT IN HELL
To: <katryanbrown@gmail.com>

you dumb whore I hope you get shot too and
then you rot and no one cares enough to go
looking for you you're so pathetic and a fucking
retarded cunt is what you and your whole
family is

Sent from my iPhone

--
**Kathleen Malone**

You will be found. I sincerely hope they take your children, you dont deserve them . Your best bet is to give yourself up. People are pledging thousands,  and YOU WILL BE FOUND YOU POS.

Sent from my Verizon, Samsung Galaxy smartphone

# Fwd:

Sent from my iPhone

Begin forwarded message:

---------- Forwarded message ---------
From: **Seth Johnson** <sethj4352@gmail.com>
Date: Sun, Aug 29, 2021 at 1:12 AM
Subject:
To: <katryanbrown@gmail.com>

CUNT

--
**Kathleen Malone**

People like you and Chris are worthless! I hope God judges you harshly and you suffer getting shot and dismembered in hell. You ugly cunt! Fucking coward you all turn yourselves in. I will put this shit out there so everyone will be able to find you!



# Fwd: Dog killer

Sent from my iPhone

Begin forwarded message:

**From:** Kathleen Brown
<<u>katryanbrown@gmail.com</u>>
**Date:** September 19, 2021 at 22:10:31 CDT
**To:** <u>NoLynchMobForMaulers@gmail.com</u>
**Subject: Fwd: Dog killer**

---------- Forwarded message ---------
From: **Andrew Mcguire**
<<u>amcguirejobs@gmail.com</u>>
Date: Sun, Aug 29, 2021 at 12:39 AM
Subject: Dog killer
To: <<u>katryanbrown@gmail.com</u>>

Andrew McGuire

If you hear a knock on your door, from the police, you might as well open it I believe it's going to be....

#justicefornala

 
Sent from my iPhone

Begin forwarded message:

**From:** Kathleen Brown
<<u>katryanbrown@gmail.com</u>>
**Date:** September 19, 2021 at 22:12:29 CDT
**To:** <u>NoLynchMobForMaulers@gmail.com</u>
**Subject: Fwd: What were you thinking?**


---------- Forwarded message ---------
From: **cattherine migliano**
<<u>catherinemiglianophd7@gmail.com</u>>
Date: Sat, Aug 28, 2021 at 8:50 PM
Subject: What were you thinking?
To: <<u>katryanbrown@gmail.com</u>>


Legally this will not end well for you. I can't believe what you did to that poor dog. We're moving to have DCF take your kids from you.


--
**Kathleen Malone**

               

From: **Maschielle Peterson** <maschiellep@gmail.com>
Date: Sat, Aug 28, 2021 at 11:35 AM
Subject: NALA
To: katryanbrown@gmail.com <katryanbrown@gmail.com>


I'm not even going to address you , because you do not deserve it. You murdered nala and you think you got away with it, but you will pay You will sit in prison for a long time.
 And so will that piece of shit that you married!
And so will that piece of shit that you married!

You have no idea what you started!
 And wherever your children end up it's gonna be a far better cry than being with you and your husband!!!

RIP NALA!

---------- Forwarded message ----------
From: **Емил Карагеоргиев** <karageorgievemil@gmail.com>
Date: Sat, Aug 28, 2021 at 11:32 PM
Subject: Your kid will die
To: <katryanbrown@gmail.com>


Your daughter will die tortured till death and you will be watching it!!!
JUSTICE FOR NALA


--
**Kathleen Malone**



From: **Justin Binkley** <justinbinkley652@gmail.com>
Date: Sat, Aug 28, 2021 at 5:10 AM
Subject: Bitch we coming
To: <katryanbrown@gmail.com>

We coming for ur family bitch and ur kids are going to just be collateral damage when we find u and ur kids we are going to kill and torture anyone in ur family bitch Noone deserves to live in ur life just know bitch we are going to hunt u down till u can't fucking do shit





**Fwd: Nala**

Sent from my iPhone

Begin forwarded message:

> **From:** Kathleen Brown <katryanbrown@gmail.com>
> **Date:** September 19, 2021 at 22:17:53 CDT
> **To:** NoLynchMobForMaulers@gmail.com
> **Subject: Fwd: Nala**
>
>
> ---------- Forwarded message ---------
> From: **Yeeney** <yeeney74@gmail.com>
> Date: Sat, Aug 28, 2021 at 7:13 PM
> Subject: Nala
> To: <katryanbrown@gmail.com>
>
>
> What happened to that dog? Your husband do that? Your poor kid.
>
>
> --

   

Monsters do you know what is Russian mafia?! If not you will meet them soon!!! They'll pay you for Cruelty and torturing Nala till death!!! Will pay to your family double!

--
**Kathleen Malone**




Sent from my iPhone

Begin forwarded message:

**From:** Kathleen Brown
<katryanbrown@gmail.com>
**Date:** September 19, 2021 at 22:17:41 CDT
**To:** NoLynchMobForMaulers@gmail.com
**Subject: Fwd:**


---------- Forwarded message ---------
From: **Fior Espinal** <dalismari17@gmail.com>
Date: Sat, Aug 28, 2021 at 8:30 PM
Subject:
To: <katryanbrown@gmail.com>


You can run but you can't hide forever ! Watch
your back!!!!!!!!!!!!!

Sent from my iPhone


--
**Kathleen Malone**

From: **Will W** <iamthewillist@gmail.com>
Date: Sat, Aug 28, 2021 at 3:11 AM
Subject: NALA
To: <katryanbrown@gmail.com>

I'm coming for you, your husband and that ugly little cunt daughter of yours. White trash needs to be burned. Got to go, I have to be at 3783 Skipper rd in a bit.

 

Sent from my iPhone

Begin forwarded message:

**From:** Kathleen Brown
<<u>katryanbrown@gmail.com</u>>
**Date:** September 19, 2021 at 22:18:05 CDT
**To:** <u>NoLynchMobForMaulers@gmail.com</u>
**Subject: Fwd:**

---------- Forwarded message ---------
From: **Stacy Allen** <<u>armyallen89@gmail.com</u>>
Date: Sat, Aug 28, 2021 at 7:12 PM
Subject:
To: <<u>katryanbrown@gmail.com</u>>

YOU ARE A MURDERER! YOU DESERVE THE
FATE THAT NALA FOUND AT YOUR HANDS. I
HOPE YOU BURN IN HELL

--
**Kathleen Malone**

      

From: **farmvalleygrl** <farmvalleygrl@aol.com>
Date: Sat, Aug 28, 2021 at 7:53 AM
Subject: We've all found you
To: <katryanbrown@gmail.com>

You've gone viral and have been found.
It's  going to be lovely to see what happens to
you next. 💋🐾

Sent from the all new AOL app for iOS



**The Humane Society of the United States - Florida**
43m · 🌐

Thank you Furever Bully Love Rescue for this awesome billboard for Nala ❤️

· · ·



**Furever Bully Love Rescue**
1d · 🌐

And we are now live 👏🏼 👏🏼 Starting today 70k+ people traveling east on I4 daily will see Nala's face.. If u are local to Orlando it's right before the Conroy exit on the left hand side. Conroy is also the exit for Orange County Animal Services

#JusticeForNala #reportanimalabuse

😍 3

1 Share

 Like           Comment           Share

From: olliebirdbaba
<<olliebirdbaba@gmail.com>>
Date: 2021-08-31 5:29 a.m. (GMT-07:00)
To: katryanbrown@gmsil.com
Subject:


I hope you die a horrible death and i hope soon.. i think soo..many people looking for you


   
Sent from my Galaxy



**Debbie Taylor Darino**
27 minutes ago

"Always remember... Rumors are carried by haters, spread by fools, and accepted by idiots."
MEMBERS!
By now you probably know who the quote and the picture are referring to. Yep, the fake fb page with the lost followers. It's really weird how someone decides they are going to attempt to insult a group of people they don't know. Do they sit up all night trying to figure out how to pretend to be intelligent, when in fact, I must compliment them on their ignorance. Any idiot can take words and twist them to their liking, but it takes a fool to believe them. That's all I have to say about that. Why would a group of people who say they're against animal cruelty try to raise money to defend the accused.....ignorant hypocrites is what comes to mind. In fact, they are so ignorant that they think spay/neuter is the same as mutilation. How dumb can you be...
The state investigator called me this morning and updated me on the status of the case. So far, so good. Will know next week if this will be decided by the SA or the Grand Jury. Should those people looking at jail be scared...no, because they fit right in with criminals. Fortunately, I have direct connections to people the fake fb page doesn't have...though they think they do.
As always, I will keep you posted. I hope you have a great night and thank you for supporting the drive to get justice for Nala.