IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATHLEEN MALONE,

    Plaintiff,

v.                                        CASE NO. 1:21-cv-211-MW-GRJ

FUREVER BULLY LOVE
RESCUE, et al.,

    Defendants.

_____/

## **ORDER**

    Pending before the Court is the Motion for John M. Pierce to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. ECF No. 3.

    John M. Pierce of the law firm John Pierce Law from Woodland Hills, California, requests permission to appear in this action as counsel for Plaintiff Kathleen Malone. The motion is due to be denied without prejudice as explained below.

    The motion incorrectly recites that it is filed under Local Rule 2.02 of the United States District Court for the Middle District of Florida and that Mr. Pierce is not admitted to practice in the Middle District of Florida. This court is the Northern District of Florida and not the Middle District of Florida.

The Local Rules for the Northern District of Florida require an attorney seeking admission *pro hac vice* to complete the computer-based tutorial for attorney admission and the tutorial on this Court's CM/ECF system. N.D. FL. Loc. R. 11.1. The motion fails to certify that Mr. Pierce has done so.

Unrelated to the sufficiency of the motion, a review of the complaint discloses that the Court does not have subject matter jurisdiction over the claims and that the complaint may have been filed in the wrong District. As to venue for the Complaint the Defendant Furever Bully Love Rescue is located in Grant, Florida, which is situated in Brevard County. Brevard County is within the jurisdiction of the United States District Court for the Middle District of Florida, Orlando Division.

As to subject matter jurisdiction the claims alleged in the case are for defamation under Florida law. Because all Defendants are citizens of Florida this Court would not have diversity jurisdiction even if the amount in controversy exceeded $75,000. The complaint alleges jurisdiction based upon federal question but there is no claim in the complaint which raises a federal question. Before proceeding in this Court the Plaintiff should give due consideration to these issues.

In any event, the Motion for Admission *Pro Hac Vice* is deficient and is due to be denied without prejudice.

Accordingly, upon due consideration, it is **ORDERED**:

The Motion for John M. Pierce to Appear *Pro Hac Vice*, ECF No. 3, is **DENIED without prejudice**.

**DONE AND ORDERED** this 23rd day of December 2021.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge